DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS LOEB (CABN 269895)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    FAX: (415) 436-7027
    alexis.loeb@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 19-0342 EMC |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER EXCLUDING TIME FROM ) THE SPEEDY TRIAL ACT CALCULATION |
| BENJAMIN SMITH PEARSALL, | ) |
| Defendant. | ) |

    Defendant Benjamin Smith Pearsall, represented by his attorney, Ellen Leonida, and the Government, represented by Alexis Loeb, appeared before the Court on October 16, 2019 for a status hearing. The Court set a change-of-plea hearing for November 13, 2019. For the reasons stated on the record, the parties and the Court agreed that it would be appropriate for time be excluded under the Speedy Trial Act between October 16, 2019 and November 13, 2019, for effective preparation by counsel.

    Therefore, the Court finds and holds that the time between October 16, 2019, and November 13, 2019, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: October 18, 2019

EDWARD M. CHEN
United States District Judge